**DISMISS and Opinion Filed April 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01428-CV

**JP BENT TREE GP, LLC, JP ABERDEEN GP, LLC
AND JP-2400 LAKESIDE GP, LLC, Appellants
V.
RE CLOSING, LLC AND REC GP, LLC, Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-14634**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

Before the Court is appellants' April 2, 2019 unopposed motion to dismiss this appeal in which appellants assert they have nonsuited their case below without prejudice, rendering the appeal moot. We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

181428F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JP BENT TREE GP, LLC, JP ABERDEEN
GP, LLC AND JP-2400 LAKESIDE GP,
LLC, Appellants

No. 05-18-01428-CV       V.

RE CLOSING, LLC AND REC GP, LLC,
Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-14634.
Opinion delivered by Justice Reichek;
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees RE CLOSING, LLC AND REC GP, LLC recover their
costs of this appeal from appellants JP BENT TREE GP, LLC, JP ABERDEEN GP, LLC AND
JP-2400 LAKESIDE GP, LLC.

Judgment entered April 11, 2019.